IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-cr-00362-GEB-1 |
| Plaintiff, ) | |
| v. ) | ORDER REGARDING DEFENDANT'S |
| ) | IN PRO PER FILINGS |
| ALAN DAVID TIKAL, ) | |
| Defendant. ) | |

On December 21, 2012, Defendant attempted to file *in propria persona* a letter addressed to the Clerk of the Court and attached IRS Form 56, seeking to have the Clerk of the Court appointed as his fiduciary. Further, on January 3, 2013, Defendant attempted to file *in propria persona* a one page handwritten letter requesting "to set [him] free." Defendant's December 21, 2012 and January 3, 2013 correspondence shall be returned to Defendant through his counsel.

All future filings by Defendant are directed to be made through his counsel of record. The Clerk of the Court is directed to return any future filing(s) made by Defendant *in propria persona* to his counsel of record without further direction by the Court.

Dated: January 7, 2013

                                          _____
                                          GARLAND E. BURRELL, JR.
                                          Senior United States District Judge