IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAN DAVID TIKAL,<br><br>    Defendant.<br>_____ | 2:12-cr-00362-GEB<br><br><u>ORDER FOR EXAMINATION AND REPORT UNDER 18 U.S.C. §§ 4241(b) and 4247(b),(c)</u> |

On January 25, 2013, Defendant appeared in the courtroom for a trial confirmation hearing. During that hearing, the undersigned judge informed the parties that due to multiple nonsensical writings Defendant has attempted to file *in propria persona*, and the nature of Defendant's interactions with the undersigned judge during a past court proceeding, in which Defendant questioned the undersigned judge's authority to preside over the proceeding, the undersigned judge questions Defendant's competency to assist properly in his defense.

Defense counsel stated his opinion that Defendant is competent, and said that he believes Defendant's conduct is volitional and not the product of any mental illness. The government replied that it too has questioned Defendant's competency, that it has communicated with defense counsel concerning Defendant's competency on multiple occasions, and that defense counsel has always stated his belief that Defendant's behavior is volitional.

Defendant's above-referenced conduct has given the undersigned judge "reasonable cause to believe that the defendant may presently be

suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable . . . to assist properly in his defense." 18 U.S.C. § 4241(a). Therefore, Defendant shall undergo psychiatric and/or psychological examinations under 18 U.S.C. § 4241(b) and 18 U.S.C. § 4247(b), to determine whether he has the requisite ability to assist properly in his own defense. Defendant shall be transported to the place designated by the Federal Bureau of Prisons for the examination and/or study. The examining officials are authorized to access all pertinent medical and collateral information, including psychiatric and medical records and psychological testing.

Further, a psychiatric and/or a psychological report shall be provided to the Court in accordance with 18 U.S.C. §§ 4241(b) and 4247(c).

The Clerk of the Court shall include the United States Marshal and the Federal Bureau of Prisons in the service of this Order. To apprize examination officials of the criminal charges against Defendant, the Clerk of the Court shall attach to this order a copy of the indictment (ECF No. 7). The Clerk of the Court shall also attach to this order copies of docket entry numbers 12, 13, 16, and 18, which concern the Defendant's attempted unauthorized *in propria persona* communications with the Court.

Dated: January 25, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge